**Opinion filed April 2, 2015**



In The

# Eleventh Court of Appeals

_____

## No. 11-15-00039-CR

_____

## EDDIE DALE UNDERWOOD, Appellant

## V.

## THE STATE OF TEXAS, Appellee

**On Appeal from the 259th District Court**

**Jones County, Texas**

**Trial Court Cause No. 6880**

## MEMORANDUM OPINION

Eddie Dale Underwood, pro se, attempts to appeal from the trial court's denial of a motion requesting an out-of-time appeal of a 1992 nunc pro tunc order. The trial court denied Appellant's motion on February 5, 2015, and Appellant filed a notice of appeal. Upon docketing the appeal, we notified Appellant by letter dated March 5, 2015, that it did not appear that this court had jurisdiction in this matter and that it did not appear that the trial court's February 2015 order was a

final, appealable order. We requested that Appellant file a response showing grounds to continue the appeal.

Appellant filed a response but has not shown grounds upon which this appeal may be continued. Appellant asserts that this court has jurisdiction because his notice of appeal complies with TEX. R. APP. P. 25. We disagree. Mere compliance with the Rules of Appellate Procedure does not bestow jurisdiction on this court. *Olivo v. State*, 918 S.W.2d 519, 523 (Tex. Crim. App. 1996). We hold that this court has no jurisdiction to entertain an appeal from the trial court's order denying Appellant's motion for an out-of-time appeal because that order is not a final, appealable order. *See Underwood v. State*, No. 11-08-00128-CR, 2008 WL 2058548 (Tex. App.—Eastland May 15, 2008, pet. dism'd) (mem. op., not designated for publication) (dismissing a previous appeal in which Appellant attempted to attack the 1992 judgment nunc pro tunc by way of a 2008 motion to vacate). Furthermore, an intermediate appellate court has no jurisdiction to grant an out-of-time appeal or to consider a motion for an out-of-time appeal; the Texas Court of Criminal Appeals is the only court with jurisdiction in final post-conviction felony proceedings. *Olivo*, 918 S.W.2d at 522–24, 525 n.8; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991).

This appeal is dismissed for want of jurisdiction.

PER CURIAM

April 2, 2015

Do not publish. *See* TEX. R. APP. P. 47.2(b).

Panel consists of: Wright, C.J.,
Willson, J., and Bailey, J.

2